UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20104-ALTMAN

UNITED STATES OF AMERICA

v.

RAFAEL PIMENTEL,

      **Defendant.**

_____/

**UNITED STATES' MOTION FOR SENTENCE REDUCTION**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves for a thirty-three percent (33%) reduction in the sentence of Defendant Rafael Pimentel, pursuant to Federal Rule of Criminal Procedure 35, in order to reflect his substantial assistance in the successful prosecution of others. In support of this motion, the government states as follows:

1. On April 30, 2019, Pimentel pled guilty to one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

2. On August 22, 2019, the Court sentenced Pimentel to total term of 46 months' imprisonment, to be followed by 3 years of supervised release.

3. Pimentel has provided substantial assistance to the government, the circumstances of which can be detailed for the Court at a hearing on this matter, if needed.

4. Accordingly, the United States respectfully moves this Court for a reduction in the Defendant's sentence.

WHEREFORE based on the Defendant's substantial assistance, the United States respectfully recommends that this Court reduce Pimentel's sentence by thirty-three percent (33%),

for a total term of imprisonment of approximately thirty-one (31) months.

                                        Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By:       /s/ Anne P. McNamara
              Anne P. McNamara
              Assistant United States Attorney
              Court ID No. A5501847
              99 Northeast Fourth Street, Suite 400
              Miami, Florida 33132
              Tel: (305) 961-9213
              Fax: (305) 530-7976
               E-mail: Anne.McNamara2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Anne P. McNamara*
Anne P. McNamara
Assistant United States Attorney