UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20104

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

RAFAEL PIMENTEL,

    Defendant,

_____/

**SUPPLEMENT TO MOTION FOR REDUCTION OF SENTENCE**
**AND/OR COMPASSIONATE RELEASE**

    Defendant, RAFAEL PIMENTEL, through undersigned counsel, and pursuant to 18 U.S.C. § 3582, hereby files the following supplement to his original motion:

    Pending before this Court is Pimentel's request that his sentence be reduced and/or he be released pursuant to 18 U.S.C. § 3582 and the direction, under the First Step Act, that courts are no longer required to wait on the Bureau of Prisons to act. As this Court is aware, the United States has become the epicenter of the COVID-19 pandemic. According to the CDC and top health officials, the disease is especially contagious and affects those with underlying health conditions more severely than others. The underlying conditions that put a person at greater risk of serious illness and death include heart disease and respiratory conditions. Pimentel is 51 years old. He suffers from arterial hypertension, ventricular tachycardia and a weakened immune system. Pimentel has only 14 months remaining on his sentence.

Confinement in close quarters such as a prison facility make someone like Pimentel particularly vulnerable to contracting COVID-19. https://www.nytimes.com/2020/03/16/opinion/coronavirus-in-jails.html.  And, should he contract it, he is statistically more likely to suffer severe disease or death.  Thus, Pimentel asks this Court to consider sending him home to be confined there for the duration of his sentence.  This remedy is one that the Department of Justice suggests is appropriate in light of the current circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing was filed on April 3, 2020 using the CM/ECF system.

/s/*Steven E. Amster*
STEVEN E. AMSTER, ESQ.